PER CURIAM.

(No. 75-CC-458– ).

BISMARCK HOTEL, Claimant, *vs.* STATE OF ILLINOIS,
ENVIRONMENTAL PROTECTION AGENCY, Respondent.

*Opinion filed February 27, 1975.*

BISMARK HOTEL, Claimant, pro se.

334

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.